UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Donald G. Jackman, Jr. #06804068 )
Federal Correctional Institution, Mckean )
P.O. Box 8000 )
Bradford, Pa.  16701 )
)
  v. )
)
U.S. Department of Justice )
Federal Bureau of Investigation )
950 Pennsylvania Avenue )
Washington, D.C.   20530 )

CASE NUMBER  1:05CV01888

JUDGE: Henry H. Kennedy

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 09/23/2005



## COMPLAINT

A recent request was made (letter enclosed in initial correspondence) to the Department of Justice, Federal Bureau of Investigation (FBI) for the correction of erroneous information under amended section Title 18 USC § 922(g) and under the Freedom Of Information Act 5 USC § 552. The time period in which to answer this request has expired (20) days and it is requested of this Honorable Court to have a trial by jury to ascertain why the DOJ/FBI has failed to answer this valid per statute request? This information is paramount to on going litigation and causing in part a continued unjust and illegal prison confinement. Other than trial the foregoing is also requested:

1.    That the Department of Justice/Federal Bureau of Investigation be brought into court to be compelled and ordered to be forthcoming with the requested records/documentation.

2.    That compensation be made for the withholding of the information requested which in part caused the imprisonment of Mr. Jackman in conjunction with the (4) years of approved firearm purchase records being exculpatory evidence conclusively showing no violations of law.

RECEIVED
AUG 31 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)

1

3.  That the amount of compensation requested be in the sum of (10) Million Dollars for the loss of liberty, deprivation of civil and Constitutional Rights, public humiliation, false information contained in the records of Mr. Jackman, altering of transcripts to cover up this injustice, and for depriving Mr. Jackman his pursuit of happieness.

4.  That in order to properly prepare for this legal battle bond is requested so that a proper and compelling case can be configured with out the restraints that imprisonment imposes on persons when attempting to litigate in court.

5.  In the event the foregoing requests are not granted or trial not commenced, it is requested at least that the erroneous information contained in the records of Mr. Jackman, be corrected and reflect actual events. That the corrections be agencies wide and that shortly thereafter requests be made of the system in order to check and confirm that the correction[s] were in fact made.

## CONCLUSION

Every attempt has been made to comply with the requests of this court in the filing of this strait forward complaint. If more information is required it will be promptly forthcoming upon request. With what is here at this institution to work with this complaint has been done as complete and per instructions a possible. It is not known who at the DOJ/FBI has failed to answer this complaint except it is known from prior requests that the mail is getting to the DOJ/FBI and without a name on a refusal the general address to and the name of the DOJ/FBI are the only known names for which to file against. Thank you.

Respectfully submitted,

Donald G. Jackman, JR.# 06804068

(2)