AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**FILED**

SEP 2 3 2005

District of    COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Donald G. Jackman, Jr.
          Plaintiff

V.

Federal Bureau of Investigation
          Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:   05 1888

I, _Donald G. Jackman, Jr._____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        ☒ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  _F.C.I. Mckean, Bradford, Pa. 16701_____

    Are you employed at the institution? __Yes__ Do you receive any payment from the institution? _Yes___

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2.  Are you currently employed?         ☐ Yes        ☒ No    N/A

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    October 1999  appx. 850.00 every two weeks

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☒ Yes | ☐ No |

    **RECEIVED**

    AUG 3 1 2005

    NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2



AO 240 Reverse (Rev. 10/03)

$10.00 every couple of months from elderly uncle

4.  Do you have **any** cash or checking or savings accounts?        ☐ Yes        ☒ No
    All know to have been closed
    If "Yes," state the total amount.    _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
    thing of value?        ☐ Yes        ☒ No
    All known to have been fenced at auction when power of attorney was
    If "Yes," describe the property and state its value.

    given to out side party and auction was NOT part of any judgment.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate
    how much you contribute to their support. (If children are dependents, please refer to them by their initials)

    N/A

I declare under penalty of perjury that the above information is true and correct.

_August 26, 2005_                  _Dwhle a. Tooha Jr._
Date                                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| | |
| United States Judge          Date | United States Judge          Date |