**FILED**

SEP 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT      **05 1888**

Re: Donald G. Jackman, Jr. v. <u>Federal Bureau of Investigation</u>

Civil Action No. _____

I, Donald G. Jackman, Jr.   # 06804068_____, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

n:\forms\Trust Account Form

3

## TO BE COMPLETED BY RECORDS OFFICER OF PRISON

The plaintiff presently has the sum of __$10.10__ on account at __FCI McKEAN PA__
(Name of prison)

__X__  Attached is a copy of the plaintiff's institutional account indicating deposits and withdrawals during the preceding one year period or __8-26-2005 TO 10-8-2004__
(Indicate period covered by Account)

_____ I cannot furnish the court with a copy of the plaintiff's institutional account indicating income and withdrawals because _____

he plaintiff has the following securities and other assets: (include any information you have ding outside accounts, sources of income):
__N/A__

her information relevant to plaintiff's financial status or information that plaintiff's statements ined in his motion and declaration in support of motion to proceed in forma pauperis are not
__N/A__

re under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, ation and belief.

Signed this __26th__ day of __August__, 20__05__.

__[signature] Case Mgr.__
Signature and Title of Records Officer of Prison

## ORDER

for leave to proceed in forma pauperis is _____

_____
United States Magistrate Judge