## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
DONALD G. JACKMAN, JR.         )
#06804068                      )
Federal Correction Institution,)
McKean                         )
P.O. Box 8000                  )
Bradford, PA 165701            )
                               )
            Plaintiff,         )
                               )
     v.                        )Civil Action No. 05-1888(HHK)
                               )
DEPARTMENT OF JUSTICE          )
FEDERAL BUREAU OF INVESTIGATION)
950 Pennsylvania Avenue        )
Washington, D.C. 20530         )
                               )
            Defendants.        )
                               )
_____)
```

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530
(202)514-7205

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of October, 2005, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

DONALD G. JACKMAN, JR.
#06804068
Federal Correction Institution,
McKean
P.O. Box 8000
Bradford, PA 165701

                                                _____
                                                DIANE M. SULLIVAN
                                                Assistant United States Attorney
                                                555 Fourth Street, N.W.
                                                Civil Division
                                                Washington, D.C.  20530