IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
DONALD G. JACKMAN, JR.         )
                               )
          Plaintiff,           )
                               )
     v.                        ) Civil Action No. 05-1888(HHK)
                               )
DEPARTMENT OF JUSTICE          )
FEDERAL BUREAU OF INVESTIGATION)
                               )
          Defendants.          )
                               )
_____)
```

**MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer or otherwise respond to the Complaint up to and including November 22, 2005.

The plaintiff, a <u>pro</u> <u>se</u> incarcerated prisoner, has filed two FOIA cases assigned to the present Assistant United States Attorney, one against the FBI and the present case against the Bureau of Alcohol, Tobacco and Firearms.  Both cases were assigned to the Assistant United States Attorney responsible for the cases on October 11, 2005.  Counsel immediately forwarded the complaints with a request for a litigation report.  The inadvertent administrative delay in forwarding this case to the responsible AUSA didn't provide sufficient time for the defendant client to respond.  The case has been assigned to the FBI's Access Integrity Unit in West Virginia and they are in the

process of preparing a litigation report and advising counsel as to when she may expect a <u>Vaughn</u> declaration and index. While counsel presently anticipates filing a dispositive motion by November 22, 2005, it may well depend on the status and volume of the records involved in plaintiff's FOIA request.

The plaintiff was not contacted concerning this motion because he is incarcerated in a federal correctional institution.

Wherefore, it is respectfully requested that the defendant have up to and including November 22, 2005 to answer or otherwise respond to the complaint.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of October, 2005, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

DONALD G. JACKMAN, JR.
#06804068
Federal Correction Institution,
McKean
P.O. Box 8000
Bradford, PA 165701

                                                  _____
                                                  DIANE M. SULLIVAN
                                                  Assistant United States Attorney
                                                  555 Fourth Street, N.W.
                                                  Civil Division
                                                  Washington, D.C.  20530