```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
_____
                                    )
DONALD G. JACKMAN, JR.              )
                                    )
               Plaintiff,           )
                                    )
      v.                            )Civil Action No. 05-1888(HHK)
                                    )
DEPARTMENT OF JUSTICE               )
FEDERAL BUREAU OF INVESTIGATION     )
                                    )
               Defendants.          )
                                    )
_____)
```

**ORDER**

UPON CONSIDERATION of the defendant's Motion for an Enlargement of Time, it is by the Court this \_\_\_\_ day of _____, 2005, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that defendant shall answer or otherwise respond to the complaint on or before November 22, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

DIANE SULLIVAN
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Civil Division
Washington, D.C.  20530

DONALD G. JACKMAN, JR.
#06804068
Federal Correction Institution,
McKean
P.O. Box 8000
Bradford, PA 165701