IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DONALD G. JACKMAN, JR.              )
                                    )
            Plaintiff,              )
                                    )
    v.                              ) Civil Action No. 05-1888(HHK)
                                    )
DEPARTMENT OF JUSTICE               )
FEDERAL BUREAU OF INVESTIGATION     )
                                    )
            Defendants.             )
                                    )
_____ )

**MOTION FOR A MORE DEFINITE STATEMENT**

The defendants, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, move for a more definite statement of plaintiff's claim.

Plaintiff filed suit asserting a recent request was made to the FBI for correction of erroneous information under Title 18 U.S.C. § 922(g) and the Freedom of Information Act. Plaintiff refers to a recent letter, but no copy is attached to the complaint.

The FBI has been unable to locate the correspondence referenced by the plaintiff in his complaint. The complaint is so vague that the FBI cannot determine when and to whom plaintiff sent the alleged letter. Nor does the complaint set forth what information plaintiff alleges is erroneous.

The defendants request that a copy of plaintiff's request, or any correspondence with the FBI concerning his request, be provided to the defendants. The correspondence would assist the

defendants in locating plaintiff's request and/or locating the records he refers to in his complaint. The complaint is so vague as to what records he seeks and/or what records he seeks corrected that further processing or action by the defendants is not practicable.

Counsel for the defendants notes that in <u>Jackman v. ATF</u>, Civil Action No. 05-1889 pending before this Court, plaintiff <u>pro se</u> asserted that he had made four prior FOIA requests to ATF, but a thorough search of ATF records reflected only one FOIA request from the plaintiff dated December 6, 2004 had been received (<u>See</u> Declaration of Peter Chisholm, p. 3, ¶ 1, filed today in Civil Action No. 05-1889).

Wherefore, it is respectfully requested that the Court grant defendants' motion for a more definite statement concerning his recent correspondence and the relief he seeks from the FBI.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney



_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this _____ day of November, 2005, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

DONALD G. JACKMAN, JR.  
#06804068  
Federal Correction Institution,  
McKean  
P.O. Box 8000  
Bradford, PA 165701

 

_____  
DIANE M. SULLIVAN  
Assistant United States Attorney  
555 Fourth Street, N.W.  
Civil Division  
Washington, D.C.  20530