UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD G. JACKMAN, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Civil Action 05-1888  (HHK) |

**ORDER**

It is hereby

**ORDERED** that defendant's motion for a more definite statement of the claims against the Federal Bureau of Investigation [# 12] is **GRANTED**; and it is

**FURTHER ORDERED** that by December 15, 2005, plaintiff shall file an amendment to his complaint that addresses the specified omissions or risk dismissal of the complaint.

_____s/s_____
Henry H. Kennedy, Jr.
United States District Judge

Dated: November 28. 2005