UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Donald G. Jackman, Jr.    )
                          )
                          )
         vs.              )    Case No's. 1:05-CV- 1888 & 1889 HHK
                          )
                          )
Department of Justice     )

RECEIVED

MAR 9 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ADDENDUM IN FURHTER SUPPORT OF
WITH ATTACHED DOCUMENTATION**

   COMES NOW, Donald G. Jackman Jr. (Mr. Jackman) in the above named and captioned case in further support of the pending judicial review of denied FOIA requests and presents the following:

1.   That on November 28, 2005 (after originally requesting in july 2005) secondary requests were made for FOIA information concerning the correcting of erroneous system information per amended sections of Title 18 USC § 922(g). The request was for all "agencies" maintaining file[s] on Mr. Jackman in the Washington D.C. Offices and the Pittsburgh Pa. field offices of said agencies.

2.   The purpose for the request was to review "all" records in order to purge all incorrect information contained in any maintained files at any agency as allowed by §922.

3.   That the information received from this particular FOIA request is of particular interest to the ongoing proceedings at hand. That it is a conclusive showing of ongoing denials not unlike those being reviewed at present by this Honorable Court. It is a blatant withholding of information that would be exculpatory in both this proceeding and the pending §2255 in the U.S. District Court W.D. of Pennsylvania, i.e. it shows lack of prior criminal activity being necessary to establish probable cause in the criminal action leading to arrest and further support of this action by the withholding of requested documentation.

(1)

4.     The the reply went as far as to state that for all the "indexes" searched there could not be found any criminal divisions records on Mr. Jackman. Based on the facts that Mr. Jackman's return address is to a federal prison, meaning he is in federal prison, and would have had to have some sort of criminal act and record of it. What is the Department of Justice trying to say? It appears to be a further showing of Mr. Jackamn's assertions that he has been illegally prosecuted. To state that no criminal records exist when the requestee is in prison some type of records would have to exist for a "valid" felon in possession charge and a valid prosecution of same.

5.     That in light of present litigation concerning FOIA denials the attached documentation shows the problem to be ongoing while at the same time supportive of Mr. Jackman's position making it relevant to the proceedings at hand before this Honorable Court.


       That the foregoing information and attached enclosures are respectfully submitted to this court to be included in the record on review. Thank you.


                                             Respectfully submitted,

                                             *Donald G. Jackman, Jr.* (signature)
                                             Donald G. Jackman, Jr.

(2)

## CERTIFICATE OF SERVICE

This is to certify that the foregoing is true and correct to the best of my ability and knowledge under penalty of perjury  That same was sent postage prepaid to all parties of record listed below on this the **3rd** day of March  2006 by personally handing the letter to Mckean Staff per new policy that will delay mail deposited Monday till tuesday and mail deposited Friday will be delayed till Monday  This to inform the court that delays are attributed to Mckean policy. The mail sent was addressed as follows:

                                        Respectfully submitted

                                        Donald G. Jackman, Jr. Pro-se
                                        Donald G. Jackman, Jr. # 06804068
                                        Federal Correctional Institution  Mckean
                                        P.O. Box 8000
                                        Bradford  Pa.  16701

cc: Clerk's Office
    United States District Court
    Room 1225
    333 Constitution Avenue  N.W.
    Washington, D.C.  20001

  : Dian M. Sullivan
    Assistant U.S Attorney
    555 4th Street  N.W.
    Washington, D.C.  20530

  : File

(3)