

**U.S. Department of Justice**

Criminal Division

---

Office of Enforcement Operations                         Washington, D.C. 20530

CRM-200501240P

FEB 2 1 2006

Mr. Donald George Jackman
Reg. No. 06804-068
Federal Correctional Institution - McKean
P.O. Box 8000
Bradford, Pennsylvania  16701

Dear Mr. Jackman:

This is in response to your request of November 28, 2005, pursuant to the Privacy Act, for access to records concerning you.

We did not find any Criminal Division records pertaining to you in our search of the indexes for the Criminal Division systems you designated.

If you consider this response to be a denial of your request, you have a right to an administrative appeal of this determination. Department regulations provide that such appeals must be filed within sixty days of your receipt of this letter. 28 C.F.R. 16.45. Your appeal should be addressed to: Co-Director, Office of Information and Privacy, Flag Building, Suite 570, United States Department of Justice, Washington, D.C. 20530. Both the envelope and the letter should be clearly marked with the legend "FOIA Appeal." If you exercise this right and your appeal is denied, you also have the right to seek judicial review of this action in the federal judicial district (1) in which you reside, (2) in which you have your principal place of business, (3) in which the records denied are located, or (4) for the District of Columbia. If you elect to file an appeal, please include, in your letter to the Office of Information and Privacy, the Criminal Division file number that appears above your name in this letter.

Sincerely,

Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit

Donald G. Jackman, Jr. # 06804068
Federal Correctional Institution, Mckean
P.O. Box 8000
Bradford, Pa. 16701

Co-Director
Office of Information and Privacy
Flag Building, Suite 570
United States Department of Justice
Washington, D.C. 20530

Date: March 1, 2006

Re: Appeal of claim number CRM200501240P

Dear: Co-Director

Greetings, this letter is to serve as notice of appeal for the above referenced FOIA request that was returned as not being able to find any criminal records pertaining to my self. The search requested was system wide for the Pittsburgh Pa. and Washington D.C. Offices of federal agencies who may possess records. The answer given or maybe it should be stated un-answer is inconsistent with "reality".

At present sitting in Federal Prison one of any rational thinking would easely conclude that some records must exist or else upon what grounds am I here? It is true that my imprisonment is not based upon a finding of guilt, except to say no records exist when they do is an outright fraud. It is also true that some of the records requested unquestionably establish this fact and in doing so, innocence, it is a veritable falsehood for the search to have concluded that no criminal records exist.

The purpose of the request was to review the record[s] for erroneous system information per Title 18 USC § 922 amended section (g). **(Correction of erroneous system information)** The request was much more than an ordinary FOIA request, it was to review and correct "false or incorrect" system information as allowed by statute. At present interrelated FOIA matters are in litigation in the U.S. District Court for the District of Columbia.

Copies of this appeal letter and the response appealed will be forwarded as supporting evidence showing the continued and blatent

(1)

disregard for the legal requests by the federal agencies involved, who are not upholding the rules and laws they are required to uphold.

The foregoing failure to uphold the laws entrusted to them is a clear and convincing showing that something is seriously wrong. This is to serve as notice of appeal filed in a timely manner for the failure to present requested documentation. While not the answer requested the DOJ should be thanked for the evidentiary value of the information sent. Your timely response is appreciated and information requested anticipated. Thank you.


Very truely yours,


Donald G. Jackman, Jr.



cc: file
 : D.Ct.D.o.C


(2)