UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD G. JACKMAN, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF JUSTICE,**<br><br>Defendant. | Civil Action 05-1888 (HHK) |

**ORDER**

In this lawsuit brought under the Freedom of Information Act, 5 U.S.C. § 552, plaintiff challenges the alleged inaction of the Federal Bureau of Investigation to his request for records (and correction thereof). By Order of November 28, 2005, plaintiff was directed to file an amended complaint by December 15, 2005, in response to defendant's motion for a more definite statement, or risk dismissal of the complaint. In a submission filed on March 9, 2006, in this case and in a related case, *Jackman v. Department of Justice*, Civ. Action No. 05-1889, plaintiff does not mention the FBI. To the extent that the filing is a response to the Order, it provides insufficient information for the FBI to fashion a response to the complaint. *See* Defendant's Motion for a More Definite Statement. Accordingly, it is hereby

**ORDERED** that the complaint is **DISMISSED** without prejudice, and this case is closed.

_____s/s_____
Henry H. Kennedy, Jr.
United States District Judge

Dated: March 13, 2006