UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Donald G. Jackman, Jr. )
      Plaintiff, )
       )
vs. ) Civil Action No. 05-1888(HHK)
       )
Department of Justice )
BATF&E )
      Defendants. )

### RESPONSE TO ORDER DATED 3/13/2006
### NOTICE OF APPEAL

COMES NOW, Donald G. Jackman, Jr. (Mr. Jackman) in the above named and captioned case responding to the ORDER received dated 3/13/2006 from Judge Henry H. Kennedy. Mr. Jackman does not have a copy of said order dismissing the case numbered 1:05-cv-1888 signed by Judge Kennedy nor does Mr. Jackman understand what he failed to do according to the referenced ORDER. Mr. Jackman had about a week prior sent other supporting evidence to the court and requested a copy of the docket to update his records.

1. Now Mr. Jackman has to defend against an action by the court he was not served with.

2. Where is the copy of the requested docket for cases 05-cv-1888 & 1889?

3. Where is the file stamped copy from the last filing sent to the Court which included a reply from the D.o.J. stating no criminal records existed of Mr. Jackman?

4. Any and all information that will help resolve this matter is appreciated. If on the other hand there is no solution other than appeal, this response is to give notice to the court that case is

RECEIVED
MAR 27 2006

(1)

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

1888 (HHK) is being appealed in part for failing to give notice of issued order[s]. A copy of the Notice/Order from electronic filing is attached.

5.  Send verification that this Response/Notice of Appeal was received by the court and forms necessary to complete In Forma Pauperis request and preliminary information for reasons for appeal. Thank you.

Respectfully submitted,

Donald G. Jackman, Jr.

(2)

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing was sent to all parties of record postage prepaid by handing same to Mckean Staff for delivery to the U.S. Postal Service on this the 21st day of March, 2006 addressed as follows:

                                    Respectfully submitted,

                                    Donald G. Jackman, Jr. #06804068
                                    Federal Correctional Institution, Mckean
                                    P.O. Box 8000
                                    Bradford, Pa.  16701

cc: Clerk's Office
    United States District Court
    Room 1225
    333 Constitution Avenue, N.W.
    Washington, D.C.  20001

: Dian M. Sullivan, Esq.
  Assistant U.S. Attorney
  555 4th Street, N.W.
  Washington, D.C.  20530

: file