UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
MAY 2 5 2006
RECEIVED

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

Donald G. Jackman, Jr.     USCA No. 06-5117

v.

Department of Justice, F.B.I.     USDC No. 05-cv-01888

ORIGINAL

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Donald G. Jackman, Jr. _____, declare that I am the

☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

That the FBI has withheld exculpatory evidence. This evidence with that also withheld by the Assistant U.S. Attorney all conclusively establish that Mr. Jackman was not in violation of any State or Federal firearms laws. That all of his conduct (firearm purchases) were all government approved, with no denials or later determinations of an unauthorized purchase requiring the return of purchased firearm.

Signature _____

Name of *Pro Se* Litigant (PRINT) Donald G. Jackman, Jr. #06804068

Address Federal Correctional Institution, McKean

P.O. Box 8000, Bradford, Pa. 16701

Submit original with a certificate of service to:

> Clerk
> U.S. Court of Appeals for the D.C. Circuit
> 333 Constitution Avenue, N.W.
> Rm. 5423, E. Barrett Prettyman U.S. Courthouse
> Washington, DC 20001

## Affidavit Accompanying Motion for Leave to Proceed on Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

Donald G. Jackman, Jr.

Case No. 06-5117

v.

Dept. of Justice, FBI

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *[signature]*   Date: May 18, 2006

My issues on appeal are: The district court dismissed the judicial review of Freedom Of Information Act requests base on an order not received or understood by Mr. Jackman. That the information is exculpatory and establishes no crimes committed by Mr. Jackman. That the discovery materials which comprise the FOIA request that have been continually withheld have resulted in imprisonment for over 6 years. The denial resulting in numerous Constitutional violations.

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]    -4-

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A | $ N/A | $ N/A |
| Total monthly income: | $ -0- | $ -0- | $ -0- | $ -0- |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ -0-

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]            -5-

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)       Other real estate (Value)       Motor vehicle # 1 __N/A__ (Value)
__N/A__            __N/A__                         Make & year: _____
                                                    Model: _____
                                                    Registration #. _____

Motor vehicle #2 __N/A__ (Value)    Other Assets (Value)    Other Assets (Value)
Make & year_____                   __N/A__                 __N/A__
Model_____
Registration #: _____

**Note:** All property known to be stolen by FBI or fenced at auction.

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | **You** | **Spouse** |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ -0- | $ -0- |
| Are real-estate taxes included? | [ ] Yes  [ ] No  N/A | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ -0- | $ -0- |
| Home maintenance (repairs and upkeep) | $ -0- | $ -0- |
| Food | $ -0- | $ -0- |
| Clothing | $ -0- | $ -0- |
| Laundry and dry-cleaning | $ -0- | $ -0- |
| Medical and dental expenses | $ -0- | $ -0- |
| Transportation (not including motor vehicle payments) | $ -0- | $ -0- |
| Recreation, entertainment, newspapers, magazines, etc. | $ -0- | $ -0- |
| Insurance (not deducted from wages or included in mortgage payments) | $ -0- | $ -0- |
| Homeowner's or renter's | $ -0- | $ -0- |
| Life | $ -0- | $ -0- |
| Health | $ -0- | $ -0- |
| Motor Vehicle | $ -0- | $ -0- |
| Other: N/A | $ -0- | $ -0- |
| Taxes (not deducted from wages or included in mortgage payments) (specify): N/A | $ -0- | $ -0- |
| Installment payments | $ -0- | $ -0- |
| Motor Vehicle | $ -0- | $ -0- |
| Credit card (name): N/A | $ -0- | $ -0- |
| Department store (name): N/A | $ -0- | $ -0- |
| Other: N/A | $ -0- | $ -0- |
| Alimony, maintenance, and support paid to others | $ -0- | $ -0- |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ -0- | $ -0- |
| Other (specify): N/A | $ -0- | $ -0- |
| Total monthly expenses: | $ -0- | $ -0- |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes   [x] No   If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [x] No

If yes, how much? $ __N/A__

If yes, state the attorney's name, address, and telephone number:
   __N/A__
   _____
   _____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $ __N/A__

If yes, state the person's name, address, and telephone number:
   __N/A__
   _____
   _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
The resultant case requiring the requested records has resulted in all my worldly goods being taken by inapplicable forfeiture statutes, were stolen, pilfered, or fenced at auction when power of attorney was granted to an outside party to take control of. Total injustice suffered.

13. State the address of your legal residence.
   __Donald G. Jackman, Jr.__
   __150 Caldwell Drive__
   __Butler, Pa.  16002__

Your daytime phone number: (____) __N/A__
Your age: __49__   Your years of schooling: __20½__
Your social-security number: __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__