# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5117**  **September Term, 2006**

05cv01888

**Filed On:**

Donald G. Jackman, Jr.,
    Appellant

v.

Department of Justice, Federal Bureau of Investigation,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
NOV 16 2006
CLERK

**BEFORE:**  Sentelle, Henderson, and Tatel, Circuit Judges

### ORDER

Upon consideration of the "Rule 60 Motion," which the court has construed as a motion to remand, the supplement thereto, and the response; and the motion for appointment of counsel, it is

**ORDERED** that the motion to remand be denied without prejudice. Should appellant refile this motion or otherwise seek relief in district court under Federal Rule of Civil Procedure Rule 60(b), the district court may consider the motion and, if it indicates that it will grant relief, appellant may then renew his request for a remand. See Hoai v. Vo, 935 F.2d 308, 311-12 (D.C. Cir. 1991) (district court may consider Rule 60(b) motion while appeal is pending, and if the district court indicates it will grant the motion, appellant may move for a remand so that relief may be granted). It is

**FURTHER ORDERED**, on the court's own motion, that the appeal be held in abeyance pending further order of the court. This appeal will remain in abeyance to allow appellant 30 days to present a Rule 60 motion to the district court. In the event such motion is not filed within 30 days of the date of this order, the Clerk is directed to reactivate this appeal and to enter an order setting a due date for the filing of any dispositive motions. Should appellant move the district court for Rule 60 relief, this appeal will remain in abeyance pending the district court's consideration. The parties are directed to file motions to govern further proceedings within 30 days after the district court indicates its intended disposition of the pending motion. See Hoai, 935 F.2d at 312. It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5117**                    **September Term, 2006**

      **FURTHER ORDERED** that consideration of the motion for appointment of counsel be deferred pending further order of the court.

      The Clerk is directed to transmit a copy of this order to the district court.

**<u>Per Curiam</u>**
