UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

No. 05-cv-01888 HHK

Donald G. Jackman, Jr. )
      Plaintiff, )
  v. )
              )
U.S. Department of Justice, )
      Defendant. )

RECEIVED
DEC 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RULE 60 MOTION

 COMES NOW, Plaintiff Donald G. Jackman, Jr. in the above captioned case per order of the United States Court of Appeals for the D.C. Circuit dated November 16, 2006,. The motion is submitted per Fed.R.Civ.P. Rule 60(a) for relief from clerical mistakes. In support of said motion Plaintiff states as follows:

1. That the district court dismissed the action (Judicial Review of Denied FOIA Request) prematurely due to a clerical error on the part of the Clerk's Office i.e. docketed the response solely under docket No. 05-cv-01889 which is a parallel case. The government in its response to the pleading responded to both cases (1888 & 1889 in one received combined reply. They were in turn responded to in the same manner by Plaintiff.

2. The docketing under the parallel case No. 05-cv-01889 resulted in the docket under 05-cv-01888 to not reflect the response to the

(1)

order for a more definite statement. The resulting dismissal of the action denied the provisions set out in Title 5 USCS § 552 regarding Freedom of Information Act Requests.

3.   That dismissal by the district court prior to acting on the requests for judicial review for the denial of requested FOIA documentation (exculpatory evidence) withheld by the Department of Justice, has prejudiced Petitioners case while violating both substantive and procedural rights by the denying of the provisions of Title 5 USCS § 552 and the duty to disclose favorable evidence to a defendant.

## CONCLUSION

It is based in part on the foregoing statements and as authorized by Rule 60(a) that the Rule 60 Motion be Granted and the record corrected to reflect that Plaintiff supplied the district court directed request for a More Definite Statement. Thank you.

Respectfully submitted,

Donald G. Jackman, Jr.   Pro se

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing is true and correct to the best of my ability and knowledge under penalty of perjury. That same was sent postage prepaid to all parties of record this 7th day of December, 2006, being addressed as follows:

Respectfully submitted,

_____, Pro se
Donald G. Jackman, Jr. #06804-068
Federal Correctional Instituion, McKean
P.O. Box 8000
Bradford, Pa.   16701

cc: Clerk's Office
    United States district Court
    for the District of Columbia
    333 Constitutional Ave., N.W. Rm.1225
    Washington, D.C.   20001

 :  Diane M. Sullivan
    Assistant U.S. Attorney
    555 4th Street, N.W.
    Civil Division
    Washington, D.C.   20530

 :  file

(3)