UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD G. JACKMAN, JR.,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE,

    Defendant.

Civil Action 05-1888  (HHK)

ORDER

In this Freedom of Information Act case, plaintiff moves for relief under Fed. R. Civ. P. 60(a) from the Order of dismissal issued March 13, 2006.  He claims that because of clerical error the "docketing under the parallel [related] case [*Jackman v. Department of Justice*, Civ. Action No. 05-1889] resulted in the docket [in this case] not reflect[ing] the response to the order for a more definite statement."  Motion ¶ 2.  In dismissing this case, however, the Court considered plaintiff's submission filed on March 9, 2006, but determined that it did not provide notice of a claim regarding the subject of this action, *i.e.*, the processing of his alleged FOIA request to the Federal Bureau of Investigation.  *See* Order (Mar. 13, 2006).

Plaintiff has not supported the pending motion with a document that sheds further light on his claim forming the basis of this case.  In addition, he has not cited to the docket in the related case to show the existence of such a document or to support his claim of clerical error. "It has long been established that as a precondition to relief under Rule 60(b), the movant must provide the district court with reason to believe that vacating the judgment will not be an empty

exercise or a futile gesture." *Murray v. District of Columbia*, 52 F.3d 353, 355 (D.C. Cir. 1995).

Plaintiff has made no such showing here. Accordingly, it is hereby

**ORDERED** that plaintiff's Rule 60 Motion [Dkt. No. 22] is **DENIED** without prejudice.

_____s/s_____
Henry H. Kennedy, Jr.
United States District Judge

Dated: December 20, 2006