# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5117**     **September Term, 2006**

05cv01888

Filed On: July 3, 2007 [1051123]

Donald G. Jackman, Jr.,
      Appellant

v.

Department of Justice, Federal Bureau of Investigation,
      Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 9/25/07
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:**  Sentelle, Henderson, and Tatel, Circuit Judges

### O R D E R

Upon consideration of the motion to appoint counsel, appellant's motion to govern, which the court also has construed as a motion for summary reversal, the appellee's motion to govern, and the combined motion for summary affirmance and response to the appellant's motion, it is

**ORDERED** that the motion to appoint counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits.  It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court acted within its discretion in dismissing the complaint without prejudice and closing the case on the ground that appellant failed to adequately amend the complaint in response to the district court's order granting the motion for a more definite statement of the claims. See Butler Petroleum Corp. v. Harris, 901 F.2d 165, 167 (D.C. Cir. 1990).  The district court did not err in failing to file in the instant case the response to the motion for summary judgment in Jackman v. Department of Justice, 05-cv-1889 (D.D.C.).  However, even if the district court erred in this respect, this pleading would have been an insufficient response to the order directing a more definite statement.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
## For The District Of Columbia Circuit

---

**No. 06-5117**                 **September Term, 2006**

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**